UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
In re

PETITION OF LATAM GEOTHERMAL CORP.
FOR JUDICIAL ASSISTANCE PURSUANT
28 U.S.C. § 1782

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2025
```

25 Misc. 9 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the letters dated January 30 and February 6, 2025. ECF Nos. 7–8. Accordingly:

1. The Clerk of Court is respectfully directed to reopen the case.
2. Nonparty Alvaro Baltodano Monroy's ("Baltodano") request for leave to file a motion to intervene, to quash, and/or for a protective order is GRANTED.
3. Before **February 21, 2025**, Petitioner, Latam Geothermal Corp. ("Latam"), and Baltodano shall meet and confer regarding Baltodano's contemplated motions and, by the same date, shall file a joint letter on the outcome of the conferral.
4. If any issues remain outstanding following the conferral, by **March 7, 2025**, Baltodano shall file his omnibus motion.
5. By **March 21, 2025**, Latam shall file its response.
6. By **March 28, 2025**, Baltodano shall file his reply, if any.

SO ORDERED.

Dated: February 7, 2025
New York, New York

ANALISA TORRES
United States District Judge