UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

In re

PETITION OF LATAM
GEOTHERMAL CORP. FOR
JUDICIAL ASSISTANCE PURSUANT
28 U.S.C. § 1782

-------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/16/2025_

25 Misc. 9 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: June 16, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge